UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| O. BOBBY BROWN d/b/a BROWN'S INVESTIGATIONS AND PARALEGAL SERVICES, <br><br> Plaintiff, <br><br> v. <br><br> STATE OF TENNESSEE, ET AL., <br><br> Defendants. | 3 07 0026 <br><br> 3:06mc0046 <br> Judge Campbell |

## ORDER

The plaintiff, a resident of Nashville, Tennessee, brings this action under 42 U.S.C. §§ 1983-1988. The plaintiff also has submitted an application to proceed *in forma pauperis*.

From his application, it appears that the plaintiff does not have the means to pay the filing fee in this matter. Therefore, the Clerk is directed to file this action *in forma pauperis*. However, process will not issue.

As provided in the Memorandum entered contemporaneously herewith, the plaintiff's federal claims under §§ 1983-1988 are dismissed, in part, for want of jurisdiction and, on balance, for frivolity within the meaning of 28 U.S.C. § 1915(e)(2). The plaintiff's state-law claims are dismissed without prejudice as to any relief that he may be entitled to in State court. Because an appeal from the judgment rendered herein would not be taken in good faith, the plaintiff is NOT certified to pursue an appeal from this judgment *in forma pauperis*. 28 U.S.C. § 1915(a)(3).

Entry of this Order shall constitute the judgment in this action.

It is so ORDERED.

Todd Campbell
United States District Judge